IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>DAVID REIP<br>   Defendant. | CIVIL ACTION FILE<br>NO. **1:25-cr-00062** |

**NOTICE OF INTENT TO WITHDRAW AS COUNSEL**

COME NOW, ROBIN E. DAITCH and ANDREW A. MURDISON, of the law firm Hall Booth Smith, P.C., 1450 Greene Street, Suite 145, Augusta, Georgia 30901, and pursuant to S.D. Ga. LR 83.7, and advise the Court, opposing counsel, and all Parties of their intent to withdraw as counsel of records for Defendant David Reip effective fourteen (14) days from the date of this Notice. Notification has been provided via certified mail on November 7, 2025 to said Defendant (Exhibit A attached).

Furthermore, CHARLES H. ROLLINS is also no longer employed by the firm Hall Booth Smith, P.C., but will remain as counsel for Defendant David Reip.

Respectfully submitted this 14th day of November, 2025.

[Signature Block on Next Page]

<table>
<tr><td>

1450 Greene Street – Suite 145
Augusta, Georgia 30901
Phone: 706-494-2690
Fax: 706-209-0364
Email: rdatich@hallboothsmith.com
       amurdison@hallboothsmith.com

</td><td>

**HALL BOOTH SMITH, P.C.**

/s/ Robin E. Daitch
_____
ROBIN E. DAITCH
Georgia Bar No. 376288
ANDREW A. MURDISON
Georgia Bar No. 687413
*Counsel for Defendant*

</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>DAVID REIP<br>Defendant. | CIVIL ACTION FILE<br>NO. **1:25-cr-00062** |

### CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the within and foregoing **NOTICE OF INTENT TO WITHDRAW AS COUNSEL** upon the following through the Court's e-filing system and/or via U.S. First Class Mail and/or Statutory Electronic Service to the following recipients:

Margaret E. Heap
Patricia G. Rhodes
Tania D. Grover
Georgia J.C. Jacobs, III
**USAO-SOUTHERN DISTRICT OF GEORGIA**
600 James Brown Blvd., Suite 200
Augusta, Georgia 30901

Holly G. Chapman
**DAVIS, CHAPMAN and WILDER, LLC**
1143 Laney Walker Blvd, Suite 201
Augusta, Georgia 30901
*Attorney for Defendant Nostrant*

Brooks K. Hudson
**HULL BARRETT, P.C.**
801 Broad Street, 7th Floor
Augusta, GA 30901
*Attorney for Defendant Labat*

C. Troy Clark
**GILLEN LAKE & CLARK, LLC**
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
*Attorney for Defendant Robertson*

Charles Rollins, P.C.
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
*Attorney for Defendant Reip*

Dated on the 14th day of November 2025.

                                                **HALL BOOTH SMITH, P.C.**

                                                Robin E. Daitch