

Robin Daitch
Phone: 706.363.9774
rdaitch@hallboothsmith.com

1450 Greene Street
Suite 145
Augusta, GA 30901

*Admitted in Georgia and Maryland*

Office: 706.494.2690
Fax: 706.209.0364
www.hallboothsmith.com

November 7, 2025

**VIA CERTIFIED MAIL (9407 1098 9864 3575 5216 25)**
**AND EMAIL TO**: davidreip@gmail.com
Mr. David Reip
2313 Hwy 196 W
Hinesville, Georgia 31313
davidreip@gmail.com

## NOTICE OF INTENT TO WITHDRAW AS COUNSEL

**Case:** *United States of America v. David Reip, et al.*

**Court:** United States District Court, Southern District of Georgia, Augusta Division

**Case No.** Case no: 1:25-cr-00062-JRH-BKE

Dear Ms. Reip,

Pursuant to S.D. Ga. LR 83.7, we hereby notify you of our intent to withdraw from our representation of you in the above-styled case. Please be advised of the following:

You are entitled to seek new legal representation for yourself in this case or maintain your attorney-client relationship with Charles Rollins, who is no longer with this firm. The Southern District of Georgia shall retain jurisdiction of this case. You have the burden of keeping the Court informed of where notices, pleadings or other documents may be served upon it. You are obligated to conduct and respond to discovery and/or motions. Once a trial date has been scheduled, you are obligated to prepare for trial. If you fail to participate in discovery, respond to motions, or prepare for trial, they may suffer adverse consequences. No proceedings are currently scheduled which will be affected by our withdrawal. You may be served at your last known physical address. You have a right to object to this withdrawal within fourteen (14) days of the date of this notice—specifically, no later than November 21, 2025.

We apologize for any inconvenience.

Sincerely,

*/s/ Robin E. Daitch*          */s/ Andrew A. Murdison*
Robin E. Daitch, Esq.          Andrew A. Murdison, Esq.

AUGUSTA, GA

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE

HALL BOOTH SMITH, P.C.

Page 2
_____