IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>DAVID REIP<br><br>  Defendant. | CIVIL ACTION FILE<br>NO. **1:25-cr-00062** |

**MOTION TO WITHDRAW AS COUNSEL**

COME NOW, ROBIN E. DAITCH and ANDREW A. MURDISON, of the law firm Hall Booth Smith, P.C., 1450 Greene Street, Suite 145, Augusta, Georgia 30901, respectfully move to withdraw as counsel for Defendant David Reip, respectfully showing the Court the following:

- On September 17, 2025, the undersigned counsel, including Charles Rollins, entered a Notice of Appearance on Behalf of Defendant David Reip (Doc. 39).

- On November 6, 2025, Charles Rollins ceased to be employed with Hall Booth Smith, P.C. and indicated he would continue representing Defendant Daivd Reip.

- On November 7, 2025, the undersigned counsel certifies that a Notice of Counsel's Intent to Withdraw was tendered to Defendant David Reip via electronic and certified mail (Doc.116 -1 ).

- On November 13, 2025 and November 18, 2025, Charles Rollins informed undersigned counsel of Defendant Reip's desire to have him represent him.

- On November 13, 2025 and November 17, 2025, Defendant Reip informed undersigned counsel of his desire to terminate counsel's services.

- Furthermore, CHARLES ROLLINS is also no longer employed by the firm Hall Booth Smith, P.C., but will remain as counsel for Defendant David Reip.

Having provided said Notice, the undersigned respectfully request that the Court GRANT the said motion to withdraw; and that the undersigned be stricken as counsel for Defendant David Reip in this matter. The Proposed Order Granting Motion to Withdraw is attached.

Respectfully submitted this 21st day of November 2025.

|  |  |
|---|---|
| 1450 Greene Street – Suite 145<br>Augusta, Georgia 30901<br>Phone: 706-494-2690<br>Fax: 706-209-0364<br>Email: rdatich@hallboothsmith.com<br>            amurdison@hallboothsmith.com | **HALL BOOTH SMITH, P.C.**<br><br>ROBIN E. DAITCH<br>Georgia Bar No. 376288<br>ANDREW A. MURDISON<br>Georgia Bar No. 687413<br>*Counsel for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>DAVID REIP<br>Defendant. | CIVIL ACTION FILE<br>NO. **1:25-cr-00062** |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the within and foregoing **MOTION TO WITHDRAW AS COUNSEL** upon the following through the Court's e-filing system and/or via U.S. First Class Mail and/or Statutory Electronic Service pursuant to O.C.G.A. §9-11-5(b) to the following recipients:

Margaret E. Heap
Patricia G. Rhodes
Tania D. Grover
Georgia J.C. Jacobs, III
**USAO-SOUTHERN DISTRICT OF GEORGIA**
600 James Brown Blvd., Suite 200
Augusta, Georgia 30901
*Attorney for Plaintiff*

Holly G. Chapman
**DAVIS, CHAPMAN and Wilder, LLC**
1143 Laney Walker Blvd, Suite 201
Augusta, Georgia 30901
*Attorney for Defendant Nostrant*

Brooks K. Hudson
**HULL BARRETT, P.C.**
801 Broad Street, 7th Floor
Augusta, GA 30901
*Attorney for Defendant Labat*

C. Troy Clark
**GILLEN LAKE & CLARK, LLC**
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
*Attorney for Defendant Robertson*

Charles Rollins, P.C.
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
*Attorney for Defendant Reip*

Dated on the 21st day of November 2025.

                                                **HALL BOOTH SMITH, P.C.**

                                                Robin E. Daitch