IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br><br> DAVID REIP <br> Defendant. | CIVIL ACTION FILE <br> NO. **1:25-cr-00062** |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

Having considered the motion of Robin E. Daitch and Andrew A. Murdison to withdraw as counsel for Defendant David Reip, the Court finds good cause exists and therefore the motion is GRANTED. Accordingly, it is ORDERED that Robin E. Daitch and Andrew A. Murdison are withdrawn as counsel from the above-captioned matter, and the Clerk of the Court shall remove Robin E. Daitch, Andrew A. Murdison and Hall Booth Smith, P.C. from the active CM/ECF service list for this proceeding.

**SO ORDERED** this _____ of _____ , 2025.

_____
HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE,
SOUTHERN DISTRICT OF GEORGIA

Prepared by:

/s/ Robin E. Daitch

Robin E. Daitch
Georgia Bar No.: 376288
**HALL BOOTH SMITH, P.C.**
1450 Greene Street, Suite 145
Augusta, Georgia 30901
rdaitch@hallboothsmith.com