IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>DAVID REIP<br>   Defendant. | CIVIL ACTION FILE<br>NO. **1:25-cr-00062** |

### REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

COME NOW, ROBIN E. DAITCH and ANDREW A. MURDISON, of the law firm Hall Booth Smith, P.C., 1450 Greene Street, Suite 145, Augusta, Georgia 30901, and responds to Defendant David Reip's Objection to Motion to Withdraw As Counsel (Doc. 121), respectfully showing the Court the following:

On November 13, 2025 and November 17, 2025, Defendant Reip informed undersigned counsel of his terminating counsel's services. Pursuant to Rule 1.16(a)(3), "a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if the lawyer is discharged." GRPC, R. 1.16(a)(3). *See also* D 2-110(B)(4). The withdrawal of Ms. Daitch and Mr. Murdison is **mandatory** as provided by the Rules. Further, the rules also mandate counsel withdraw if a "third person will materially and adversely affect the representation of the client" and representing Mr. Reip along with Mr. Rollins remaining as counsel "involves circumstances rendering it reasonably unlikely that the lawyer will be able to provide adequate representation" to Mr. Reip. GRPC R. 1.7(a) and (c)(3). DR 2-110 (C)(3) also makes withdrawal permissive if a lawyers' "inability to work with co-counsel indicates that the

best interests of the client likely will be served by withdrawal." DR 2-110(C)(3). As mandated by the Rules, Ms. Daitch and Mr. Murdison moved to withdraw as counsel on November 21, 2025. (Doc. 120). Mr. Reip, through his counsel, Charles Rollins, is objecting to mandatory withdraw over his alleged fee dispute with Hall Booth Smith, P.C. Resolving a fee dispute by objecting to counsels' mandatory Motion to Withdraw is improper and should not be allowed.

Having provided said Notice, the undersigned respectfully request that the Court GRANT the said motion to withdraw; and that the undersigned be stricken as counsel for Defendant David Reip in this matter.

Respectfully submitted this 21st day of November 2025.

1450 Greene Street – Suite 145
Augusta, Georgia 30901
Phone: 706-494-2690
Fax: 706-209-0364
Email: rdatich@hallboothsmith.com
       amurdison@hallboothsmith.com

**HALL BOOTH SMITH, P.C.**

ROBIN E. DAITCH
Georgia Bar No. 376288
ANDREW A. MURDISON
Georgia Bar No. 687413
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>DAVID REIP<br>Defendant. | CIVIL ACTION FILE<br>NO. **1:25-cr-00062** |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the within and foregoing **REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** upon the following through the Court's e-filing system and/or via U.S. First Class Mail and/or Statutory Electronic Service pursuant to O.C.G.A. §9-11-5(b) to the following recipients:

Margaret E. Heap
Patricia G. Rhodes
Tania D. Grover
Georgia J.C. Jacobs, III
**USAO-SOUTHERN DISTRICT OF GEORGIA**
600 James Brown Blvd., Suite 200
Augusta, Georgia 30901
*Attorney for Plaintiff*

Holly G. Chapman
**DAVIS, CHAPMAN and Wilder, LLC**
1143 Laney Walker Blvd, Suite 201
Augusta, Georgia 30901
*Attorney for Defendant Nostrant*

Brooks K. Hudson
**HULL BARRETT, P.C.**
801 Broad Street, 7th Floor
Augusta, GA 30901
*Attorney for Defendant Labat*

C. Troy Clark
**GILLEN LAKE & CLARK, LLC**
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
*Attorney for Defendant Robertson*

Charles Rollins, P.C.
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
*Attorney for Defendant Reip*

Dated on the 21st day of November 2025.

                                                **HALL BOOTH SMITH, P.C.**

                                                Robin E. Daitch