IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br><br> DAVID REIP <br>    Defendant. | CIVIL ACTION FILE <br> NO.  **1:25-cr-00062** |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, the undersigned attorney, Andrew A. Murdison, and hereby files this Motion with the Court for a leave of absence pursuant to L.R. 83.9 for the following dates:

- **December 23, 2025, through and including January 1, 2026,** during which applicant will be on vacation.

The undersigned is listed as counsel of record in the above captioned case which is pending in this district and for which protection is sought. A copy of this motion is being submitted electronically to all counsel listed on the above captioned case through the ECF system.

Respectfully submitted this 9th day of December 2025.

[Signature Block on Next Page]

1450 Greene Street – Suite 145
Augusta, Georgia 30901
Phone: 706-494-2690
Fax: 706-209-0364
Email: rdatich@hallboothsmith.com
        amurdison@hallboothsmith.com

**HALL BOOTH SMITH, P.C.**

ROBIN E. DAITCH
Georgia Bar No. 376288
ANDREW A. MURDISON
Georgia Bar No. 687413
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>DAVID REIP<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. **1:25-cr-00062** |

---

## CERTIFICATE OF SERVICE

---

I hereby certify that I have on this date served a copy of the within and foregoing **MOTION FOR LEAVE OF ABSENCE** upon the following through the Court's e-filing system and/or via U.S. First Class Mail and/or Statutory Electronic Service pursuant to O.C.G.A. §9-11-5(b) to the following recipients:

Margaret E. Heap
Patricia G. Rhodes
Tania D. Grover
Georgia J.C. Jacobs, III
**USAO-SOUTHERN DISTRICT OF GEORGIA**
600 James Brown Blvd., Suite 200
Augusta, Georgia 30901
*Attorney for Plaintiff*

Holly G. Chapman
**DAVIS, CHAPMAN and Wilder, LLC**
1143 Laney Walker Blvd, Suite 201
Augusta, Georgia 30901
*Attorney for Defendant Nostrant*

Brooks K. Hudson
**HULL BARRETT, P.C.**
801 Broad Street, 7th Floor
Augusta, GA 30901
*Attorney for Defendant Labat*

C. Troy Clark
**GILLEN LAKE & CLARK, LLC**
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
*Attorney for Defendant Robertson*

Charles Rollins, P.C.
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
*Attorney for Defendant Reip*

W. Joseph Turner
**THE TURNER FIRM, LLC**
7 E. Congress Street, Suite 611-B
Savannah, Georgia 31401
*Attorney for Defendant Oloans*

Dated on the 9th day of December 2025.

                                        **HALL BOOTH SMITH, P.C.**

                                        Andrew A. Murdison