IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>DAVID REIP<br>  Defendant. | CIVIL ACTION FILE<br>NO.  **1:25-cr-00062** |

**ORDER GRANTING LEAVE OF ABSENCE**

Pending before the Court is Andrew A. Murdison's Motion for Leave of Absence. The Court having read and considered the Motion pending before the Court, and for good cause shown, IT IS HEREBY ORDERED that Andrew A. Murdison's Motion for Leave of Absence is granted and he will be granted a leave of absence for the period of:

- **December 23, 2025, through and including January 1, 2026,** during which applicant will be on vacation.

**ORDER ENTERED** this _____ day of _____, 2025.

Prepared by:
Andrew A. Murdison
1450 Greene Street – Suite 145
Augusta, Georgia 30901
Phone: 706-494-2690
Fax: 706-2096-0364
Email: rdaitch@hallboothsmith.com

Honorable Brian K. Epps
United States Magistrate Judge
Southern District of Georgia