UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR125-062 |
| | ) |
| DAVID REIP | ) |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Robin E. Daitch** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Robin E. Daitch** be granted leave of absence for the following periods: December 17, 2025; and December 22, 2025 through January 6, 2026.

**SO ORDERED**, this the __10th__ day of December, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA