IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID REIP, ET AL.<br>  Defendants. | CASE NO: **1:25-cr-00062** |

**MOTION TO CONTINUE EX PARTE HEARING**

COMES NOW, ROBIN E. DAITCH, and pursuant to S.D. Ga. LR 40.1, respectfully moves this Honorable Court to continue the Ex Parte Hearing on Motion to Withdraw (Doc. 120) scheduled for January 9, 2026 at 10:00 a.m. (Doc. 134). In support of this motion, ROBIN E. DAITCH, advises the court that she is currently scheduled to appear in a separate case before the Honorable Judge Jesse C. Stone in the Superior Court for Richmond County, Case Number 2025RCCV00349, on January 9, 2026 at 9:00 a.m.

Respectfully submitted this 18th day of December, 2025.


[Signature Block on Next Page]

|  |  |
|---|---|
| 1450 Greene Street – Suite 145<br>Augusta, Georgia 30901<br>Phone: 706-494-2690<br>Fax: 706-209-0364<br>Email: rdatich@hallboothsmith.com<br>       amurdison@hallboothsmith.com | **HALL BOOTH SMITH, P.C.**<br><br>_/s/ Robin E. Daitch_<br>ROBIN E. DAITCH<br>Georgia Bar No. 376288<br>ANDREW A. MURDISON<br>Georgia Bar No. 687413<br>*Counsel for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   v.<br><br>DAVID REIP<br>   Defendant. | CIVIL ACTION FILE<br>NO. **1:25-cr-00062** |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the within and foregoing **MOTION TO CONTINUE EX PARTE HEARING** in accordance with the notice of electronic filing which is automatically generated upon electronic filing with the Court:

Dated on the 18th day of December, 2025.

**HALL BOOTH SMITH, P.C.**

Robin E. Daitch