## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES

**CASE NO.:** 1:25cr062

**UNITED STATES OF AMERICA**

**V.**

David Reip

**DATE:** January 12, 2026

**TIMES:** 2:01 - 2:15

**Honorable:** Brian K. Epps, United States Magistrate Judge

**Court Reporter:** FTR

**Probation Officer:** -----

**Courtroom Deputy:** Courtnay J. Capps

**Law Clerk:**

**Security:** CSO Ingram; USMS Adams

**Attorney for Government:** --------

**Attorney for Defendant(s):** Andrew Murdison, Robin Daitch, Charles Rollins

**PROCEEDINGS:** Ex Parte Motion to Withdraw

☑ All parties present and ready to proceed

**Witness for the Govt:**      ☐ Witness sworn

**Witness for the Govt:**      ☐ Witness sworn

**Witness for the Govt:**      ☐ Witness sworn

**Witness for the Govt:**      ☐ Witness sworn

**Witness for the Deft:**      ☐ Witness sworn

**Witness for the Deft:**      ☐ Witness sworn

**NOTES:**

Ex Parte motion hearing held. The Court shall enter an Order.