IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-062 |
| | ) | |
| DAVID REIP | ) | |

_____

**O R D E R**

_____

On January 12, 2026, the Court conducted an *ex parte* hearing to consider the motion to withdraw filed by retained attorneys Andrew Murdison and Robin Daitch. (Doc. no. 139.) The Court explained to Defendant that, despite Mr. Rollins' departure from the law firm of Hall Booth Smith, P.C., all three attorneys are legally obligated to continue serving as defense counsel through trial and any appeal. In response, Defendant stated several times his unequivocal desire to have only Mr. Rollins represent him and to release Mr. Murdison and Ms. Daitch from any further obligations to represent him.

Based on Defendant's wishes, the Court **GRANTS** the motion to withdraw, (doc. no. 120), and **TERMINATES** Mr. Murdison and Ms. Daitch as attorneys of record. Mr. Rollins shall continue to represent Defendant. In addition to serving Mr. Rollins, Mr. Murdison, Ms. Daitch, and the government, the Court **DIRECTS** the Clerk to serve this Order on Defendant. The Court further **ORDERS** Mr. Murdison and Ms. Daitch to turn over the entire case file, including all government discovery, to Mr. Rollins on or before Friday, January 16, 2026.

SO ORDERED this 13th day of January, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA