IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   v.<br><br>DAVID REIP,<br>   Defendants. | CASE NO: **1:25-cr-00062** |

### MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE ATTEND A FAMILY EVENT

COMES NOW David Reip, (hereinafter "Defendant"), defendant in the above styled action, by and through his undersigned counsel, and file this Motion Attend Modify Conditions of Release to Attend a Family Event to request that the Court temporarily modify the conditions of his release (Docs. 15, 17, 19, 21, and 98) temporarily so that on January 23rd, 2026, he is able to attend the Girls Choir Recital (the "Recital") in which his 12-year-old minor daughter P.K.R will be performing. A copy of the "Invitation" is attached as Exhibit A.

In order to do this, he will need to be relieved of the conditions in his release that prohibit him from attending group functions where other members of the House of Prayer are likely to be congregating, and it is being held at a school that is affiliated with the House of Prayer, which he has also been prohibited from entering. Doc. 17 at 7(g) and Doc. 98.

The event will begin at 7pm on January 23rd, 2026, at 2540 Airport Rd., Hinesville, GA 31313 and should last for approximately one hour. *See* Ex. A. Mr. Reip is requesting that the conditions governing his release be temporarily modified so that he may attend.

If the Court allows this temporary modification, he explicitly agrees not to engage in conversation about this case in any way while attending the Recital, and he will not speak with anyone except his daughter and his immediate family members, and he will continue to comply with all other conditions of his release throughout the Recital.

Following the conclusion of the Recital, Mr. Reip and his family will leave the event and return to their home, concluding the temporary modification of the conditions of his release and immediately returning to all conditions as previously Ordered without change.

Respectfully submitted this 19th day of January 2026.

**CHARLES ROLLINS, P.C.**

*/s/ Charles Hackney Rollins*
Charles Hackney Rollins
Georgia Bar No. 367169

CHARLES ROLLINS, PC
1450 Green St.
Suite 3600
Augusta, GA  30901
Telephone: 706-814-2361
charles@rollinspc.org



You Are Invited!

# God's Heritage

### GIRLS CHOIR RECITAL

January | 23 | 2026

At 7 PM
2540 Airport Rd., Hinesville GA, 31313

Recital will be held in the fellowship hall

*Thank You!*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   v.<br><br>DAVID REIP<br>   Defendant. | CASE NO: 1:25-cr-00062 |

### CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing with this Court.

This 19th day of January 2026.

CHARLES ROLLINS, P.C.

*/s/ Charles Hackney Rollins*
CHARLES HACKNEY ROLLINS
Georgia Bar No. 367169
