IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    v.<br><br>DAVID REIP,<br>    Defendants. | CASE NO: 1:25-cr-00062 |

### [PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF RELEASE ATTEND A FAMILY EVENT

The Court, having considered the considered the Motion to Temporarily Modify Conditions of Release to Attend a Family Event filed by Defendant David Reip, and for good cause shown, hereby ORDERS as follows:

David Reip's conditions of release as detailed in Docs. 15, 17, 19, 21, and 98 are hereby modified to the extent necessary for him to attend his daughter's Choir Recital at her school on January 26, 2026, with permission to arrive at 6:45pm to attend the performance at 7pm located that evening at 2540 Airport Rd., Hinesville, GA 31313. Mr. Reip is to leave the venue following the conclusion of the event and return to his home.

Mr. Reip may attend the event, but he is not to speak about this case with anyone during the event, and he is to avoid interaction with anyone who is not a member of his immediate family or with whom he is otherwise not barred from interacting with under the conditions of his release.

After the event has concluded, this temporary modification will conclude, and Mr. Reip's conditions of release shall revert to their previous state.

IT IS SO ORDERED this _____ day of _____, 2026.

Prepared by:
Charles Rollins
1450 Greene St.
Suite 3600
Augusta, GA 30901
Phone (706) 814-2361
charles@rollinspc.org

_____
Honorable Brian K. Epps
United States Magistrate Judge
Southern District of Georgia