IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-062 |
| | ) | |
| DAVID REIP | ) | |

**O R D E R**

After careful consideration, the Court **DENIES** Defendant David Reip's Motion to Temporarily Modify Conditions of Release to Attend a Family Event, (doc. no. 141), for all the reasons stated in the Court's Order dated November 25, 2025. (Doc. no. 123.)

SO ORDERED this 20th day of January, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA