IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    v.<br><br>DAVID REIP et al.,<br>    Defendant. | CASE NO: 1:25-cr-00062 |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW Charles Hackney Rollins, counsel of record for Defendant David Reip in the above-captioned case, and respectfully moves this Court to grant him leave of Court for personal travel during the period of June 26, 2026, through and including July 6, 2026, for a family vacation.

WHEREFORE, the undersigned respectfully requests that this Honorable Court GRANT his Motion for Leave of Absence during the above-stated dates.

Respectfully submitted this 12th day of May, 2026.

**CHARLES ROLLINS, P.C.**

*/s/ Charles Hackney Rollins*
Charles Hackney Rollins
Georgia Bar No. 367169

CHARLES ROLLINS, P.C.
1450 Greene St.
Suite 3600
Augusta, GA  30901
Telephone: 706-814-2361
charles@rollinspc.org

Page **1** of **2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　v.<br><br>DAVID REIP,<br>　Defendant. | CASE NO: 1:25-cr-00062 |

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served a copy of the within and foregoing Motion for Leave of Absence upon all parties in this case in accordance with the notice of electronic filing ("NEF") generated as a result of electronic filing with this Court.

This 12th day of May, 2026.

**CHARLES ROLLINS, P.C.**

*/s/ Charles Hackney Rollins*
CHARLES HACKNEY ROLLINS
Georgia Bar No. 367169