IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    v.<br><br>DAVID REIP et al.,<br>    Defendant. | CASE NO: 1:25-cr-00062 |

### [PROPOSED] ORDER ON MOTION FOR LEAVE OF ABSENCE

Charles Hackney Rollins having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Charles Hackney Rollins be granted leave of absence for the following period: June 26, 2026, through and including July 6, 2026, for a family vacation.

SO ORDERED, this _____ day of _____, 2026.

Prepared by:
Charles Rollins
1450 Greene St.
Suite 3600
Augusta, GA 30901
Phone (706) 814-2361
charles@rollinspc.org

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia