UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CR125-062 |
| | ) | |
| DAVID REIP | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Charles Hackney Rollins** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Charles Hackney Rollins** be granted leave of absence for the following periods:  June 26, 2026 through July 6, 2026.

**SO ORDERED**, this the ___18th___ day of May, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA