IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    v.<br><br>FNU LNU a/k/a Rony Denis et al.,<br>    Defendants. | CASE NO: 1:25-cr-00062 |

**MOTION TO TEMPORARILY MODIFY THE CONDITIONS OF HIS RELEASE BY MODIFYING HIS CURFEW SO HE CAN ATTEND A FIREWORKS SHOW WITH HIS <u>FAMILY ON JULY 4, 2026</u>**

COMES NOW David Reip, (hereinafter "Defendant"), defendant in the above styled action, by and through his undersigned counsel, and file this Motion to Temporarily Modify the Conditions of his Release to Modify his Curfew so he can Attend a Fireworks Show with his Family on July 4, 2026, in celebration of the 250th Anniversary of the United States with his immediate family at St. Simon's Island, located within the Southern District of Georgia, and therefore hereby request that the Court temporarily modify the conditions of his release (Docs. 15, 17, 19, 21, and 98) temporarily so that on July 4, 2026, he is able to attend the Fireworks show being held at St. Simon's Island, Georgia, which is expected to last beyond his nightly curfew.  He plans to, with the Court's permission, travel to St. Simon's on July 3, staying at the Ocean Lodge Resort, located at 935 Beachview Dr., St. Simon's Island, GA 31522 and returning home on July 5, 2026. The phone number for the front desk at the hotel is 912-291-4300.

In order to do this, he will need to be relieved of the conditions in his release that prohibit him spending the night away from his residence and that restrict him to being inside by 10 p.m. Doc. 19 at 7(q)(1).

He expects the firework show to be over by midnight on July 4th and will be back inside of his hotel by that time on the 4th, and by the usual 10 p.m. on the 3rd and 5th.

This is not any kind of "group" trip, and he does expect or plan to see or interact with anyone related to this case at any point during it. This is just a small, nuclear family, trip to celebrate this momentous occasion in our nation's history.

On July 5, Mr. Reip and his family will return to their home, concluding the temporary modification of the conditions of his release and immediately returning to all conditions as previously Ordered without change.

Respectfully submitted this 25th day of June 2026.

**CHARLES ROLLINS, P.C.**

*/s/ Charles Hackney Rollins*
Charles Hackney Rollins
Georgia Bar No. 367169

CHARLES ROLLINS, PC
1450 Green St.
Suite 3600
Augusta, GA  30901
Telephone: 706-814-2361
charles@rollinspc.org

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,
   v.

DAVID REIP
   Defendant.

CASE NO: 1:25-cr-00062

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing with this Court.

This 25th day of June 2026.

**CHARLES ROLLINS, P.C.**

*/s/ Charles Hackney Rollins*
CHARLES HACKNEY ROLLINS
Georgia Bar No. 367169