IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    v.<br><br>DAVID REIP,<br><br>    Defendants. | CASE NO: 1:25-cr-00062 |

**[PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF RELEASE BY MODIFYING HIS CURFEW SO HE CAN ATTEND A FIREWORKS SHOW WITH HIS <u>FAMILY ON JULY 4, 2026</u>**

The Court, having considered the considered the Motion to Temporarily Modify the Conditions of his Release to Modify his Curfew so he can Attend a Fireworks Show with his Family on July 4, 2026 filed by Defendant David Reip, and for good cause shown, hereby ORDERS as follows:

David Reip's conditions of release as detailed in Docs. 15, 17, 19, 21, and 98 are hereby modified to the extent necessary for him to attend travel with his wife and daughter to St. Simon's Island from July 3rd to July 5th, 2026, and on July 4th, 2026, Mr. Reip's curfew is extended by an additional two hours, to midnight that night, to allow him to view the fireworks display with his family.

Mr. Reip may make this trip, but must not leave the Southern District at any time, must stay in the hotel he has designated in his motion, must not stay out past his curfew except for the two hour extension granted by this Order for the night of July 4, 2026, and is not to have any contact with anyone related to the House of Prayer Church or this case during any part of this trip, and must continue to comply with all other requirements of his pre-trial release, and he is to keep his probation officer informed of his movements and room number once he receives it.

After July 5th, 2026 this temporary modification will conclude, and Mr. Reip's conditions of release shall revert to their previous state.

IT IS SO ORDERED this _____ day of _____, 2026.


Prepared by:
Charles Rollins
1450 Greene St.                                    _____
Suite 3600                                         Honorable Brian K. Epps
Augusta, GA 30901                                  United States Magistrate Judge
Phone (706) 814-2361                               Southern District of Georgia
charles@rollinspc.org