**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

UNITED STATES OF AMERICA,

v.

DAVID REIP, Defendant.

**Case No. 1:25-cr-00062-JRH**

## MOTION FOR LEAVE OF ABSENCE OF CHARLES HACKNEY ROLLINS

Charles Hackney Rollins, counsel of record for Defendant David Reip, moves under LR Gen. 1B(f) for leave of absence in this case for the following periods:

April 3 through April 12, 2027, inclusive; and
June 25 through July 6, 2027, inclusive.

Counsel requests leave for family vacations. Counsel respectfully asks that the Court avoid scheduling any hearing, trial, or other proceeding requiring his attendance during those periods. This motion does not request an extension of any existing deadline or a continuance of any proceeding already set.

Counsel respectfully requests that the Court grant the motion and enter the accompanying proposed order.

Respectfully submitted, November 26, 2026.

*/s/ Charles Hackney Rollins*
Charles Hackney Rollins
Georgia Bar No. 367169
CHARLES ROLLINS, PC
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
Telephone: 706-814-2361
charles@rollinspc.org
Counsel for Defendant David Reip

**CERTIFICATE OF SERVICE**

I certify that on November 26, 2026, I am filing the foregoing motion through the Court’s CM/ECF system, which serves registered counsel of record.

*/s/ Charles Hackney Rollins*
Charles Hackney Rollins