**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>DAVID REIP, Defendant. | **Case No. 1:25-cr-00062-JRH** |

**[PROPOSED] ORDER GRANTING LEAVE OF ABSENCE**

Upon consideration of the motion of Charles Hackney Rollins, counsel for Defendant David Reip, and for good cause shown, the motion is GRANTED.

Charles Hackney Rollins is granted leave of absence in this case for April 3 through April 12, 2027, inclusive, and June 25 through July 6, 2027, inclusive.

No hearing, trial, or other proceeding requiring his attendance shall be scheduled during those periods absent further order of the Court. This Order does not change any existing deadline or continue a proceeding already set.

SO ORDERED this ______ day of ____________________, 20____.

____________________________________
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA